**Abatement Order filed September 10, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00352-CR

_____

### ELIC MILTON LYMAN, SR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 239th District Court
Brazoria County, Texas
Trial Court Cause No. 83696-CR**

## ABATEMENT ORDER

Appellant was convicted of four counts of aggravated sexual of a child and sentenced to prison for thirty-five years. Counsel has filed an *Anders* brief on appeal.[1] Appellant has been unable to file a pro se response due to the closure of the law library because of COVID-19 and seeks additional time to respond. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991) (Recognizing a

---

[1] *See Anders v. California*, 386 U.S. 738 (1967).

defendant is to be afforded the opportunity to file a pro se response). Accordingly, we enter the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when appellant's pro se response is filed. The court also will consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Wise and Bourliot.